IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BERVAN OTHMAN ZUBAIR; KARWAN OTHMAN ZUBAIR; WAEL FIKRY; HASAN ADIL DASKY; and MANHAL SHAMDEEN | ) ) ) ) ) | |
| v. | ) ) | No. 3-08-0028 |
| MICHAEL MUKASEY, Attorney General of the United States; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director, Citizenship & Immigration Service; and EVELYN UPCHURCH, Director, Memphis District Office, Citizenship and Immigration Service | ) ) ) ) ) ) ) ) ) ) ) | |

O R D E R

By notice issued contemporaneously with the filing of the complaint, the initial case management conference was scheduled on March 13, 2008, before Magistrate Judge Knowles. By order entered February 25, 2008 (Docket Entry no. 11), this case was reassigned to the undersigned Magistrate Judge.

The plaintiffs have not filed returns of service and the docket does not reflect when the defendants were served, although counsel entered an appearance on behalf of the United States on February 14, 2008 (Docket Entry No. 10). However, the defendants have not filed any response to the complaint.

Therefore, the March 13, 2008, initial case management conference is CANCELLED, and a status conference is scheduled on **Monday, March 24, 2008, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge