IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BERVAN OTHMAN ZUBAIR; KARWAN OTHMAN ZUBAIR; WAEL FIKRY; HASAN ADIL DASKY; and MANHAL SHAMDEEN<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director, Citizenship & Immigration Service; and EVELYN UPCHURCH, Director, Memphis District Office, Citizenship and Immigration Service | No. 3-08-0028 |

O R D E R

Pursuant to the order entered February 26, 2008 (Docket Entry No. 12), a status conference was held on March 24, 2008, at which time the parties reported on the status of the case. Specifically, the application of plaintiff Dasky has been approved and he was scheduled to be naturalized on March 27, 2008, and other plaintiffs have been scheduled for re-interviews.

The parties advised that it was likely that this case would be resolved within 30 days.[1]

Therefore, a further status conference is scheduled on **Wednesday, April 23, 2008, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] If this case is not promptly resolved, counsel for the government advised that she anticipates filing a motion to dismiss, remand, and/or to sever for improper joinder in accord with Karim v. Gonzales, 2007 WL 1284924 (E.D. Mich. Apr. 30, 2007).